UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

JAMES HENRY MAXWELL,

            Plaintiff,

  v.

KING COUNTY JAIL, *et al.*,

            Defendants.

Case No. C22-918-BHS-MLP

REPORT AND RECOMMENDATION

    This is a 42 U.S.C. § 1983 prisoner civil rights action. Plaintiff James Henry Maxwell is a pretrial detainee at the King County Jail in Seattle, Washington. On July 13, 2022, Plaintiff, proceeding *pro se* and *in forma pauperis*, filed a proposed complaint alleging claims against the King County Jail, the City of Seattle, and the Seattle Police Department ("Defendants"). (Dkt. # 6.) Plaintiff's proposed complaint alleged violations of his First, Second, Third, Fourth, Fifth, and Fourteenth Amendment rights stemming from Defendants' alleged handling of his pending state criminal charges for second degree rape. (*See id.* at 4-9.)

    On July 19, 2022, this Court issued an Order directing Plaintiff to show cause why the Court should not dismiss his proposed complaint for failure to state a claim. (Dkt. # 7.) Specifically, the Court explained therein that Plaintiff's claims related to his ongoing state

REPORT AND RECOMMENDATION - 1

1  criminal proceedings, that the *Younger* doctrine required this Court's abstention from intervening
2  in his pending state court criminal proceedings, and thus, that his claims were not properly
3  before this Court at the present time. (*Id.* at 3 (citing *Younger v. Harris*, 401 U.S. 37 (1971).)
4  Plaintiff was advised that failure to respond to the Court's Order to Show Cause by August 18,
5  2022, would result in a recommendation that this action be dismissed pursuant to 28 U.S.C.
6  § 1915A(b)(1). (*Id.* at 4.)
7       To date, Plaintiff has failed to file a response to the Court's Order. It therefore appears
8  Plaintiff has elected not to proceed with this action. Accordingly, the Court recommends that
9  Plaintiff's complaint (dkt. # 6), and this action be dismissed with prejudice, under 28 U.S.C.
10 § 1915A(b)(1) for failure to state a claim for relief. A proposed Order accompanies this Report
11 and Recommendation.
12      Objections to this Report and Recommendation, if any, should be filed with the Clerk and
13 served upon all parties to this suit by no later than **twenty-one (21)** days after the filing of this
14 Report and Recommendation. Failure to file objections within the specified time may affect your
15 right to appeal. Objections should be noted for consideration on the District Judge's motion
16 calendar **fourteen (14)** days after they are served and filed. Responses to objections, if any, shall
17 be filed no later than **fourteen (14)** days after service and filing of objections. If no timely
18 objections are filed, the matter will be ready for consideration by the District Judge on
19 **September 16, 2022**.
20      The Clerk is directed to send copies of this Report and Recommendation to Plaintiff and
21 to the Honorable Benjamin H. Settle.
22 //
23 //

REPORT AND RECOMMENDATION - 2

1   Dated this 23rd day of August, 2022.

MICHELLE L. PETERSON
United States Magistrate Judge

REPORT AND RECOMMENDATION - 3