UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| JAMES HENRY MAXWELL, | CASE NO. 2:22-cv-00918-JHC |
| Plaintiff, | ORDER |
| v. | |
| KING COUNTY JAIL, et al., | |
| Defendant. | |

Having reviewed the Report and Recommendation of the Honorable Michelle L. Peterson, United States Magistrate Judge, and the remaining record, the Court finds and ORDERS:

(1) The Court ADOPTS the Report and Recommendation.

(2) Plaintiff's complaint (Dkt. # 6) is DISMISSED with prejudice under 28 U.S.C. § 1915A(b)(1) for failure to state a claim under 42 U.S.C. § 1983.

(3) The Clerk is directed to send copies of this Order to Plaintiff and to Judge Peterson.

Dated this 19th day of September, 2022.

John H. Chun
United States District Judge

ORDER - 1